B139

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-185 |
| | ) | (13 U.S.C. § 305) |
| v. | ) | |
| | ) | |
| LEON MADORSKY | ) | |

**INDICTMENT**

**COUNT ONE**

FILED
APR 27 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about October 29, 2020, in the Western District of Pennsylvania, the defendant, LEON MADORSKY, did knowingly cause the submission of false and misleading information through the Shippers Export Declaration (and any successor document) and the Automated Export System, stating that a United States Postal Service parcel associated with tracking number CE451818126US contained an "Autoparts Set" when, in fact, LEON MADORSKY knew the contents of the parcel were five (5) black metal semi-automatic pistol slides.

In violation of Title 13, United States Code, Section 305.

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegation contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to the provisions of Title 13, United States Code, Section 305(a)(3).

2. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States:

    a. any of that person's interest in, security of, claim against, or property or contractual rights by any kind in the goods or tangible items that were the subject of the violation;

    b. any of that person's interest in, security of, claim against, or property or contractual rights by any kind in tangible property that was used in the export or attempt to export that was the subject of the violation; and

    c. any of that person's property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the violation.

A True Bill,

*[signature]*
Foreperson

*[signature]*
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108